JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH TASH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., an Arkansas Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 5:16-cv-1523-CAS(DTBx)<br><br>Assigned to: Hon. Christina A. Snyder<br><br>**[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice against all parties. Each party is to bear their own attorneys' fees and costs.

DATED: April 10, 2017

_Christine A. Snyde_

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE